Dismissed and Opinion filed February 13, 2003









Dismissed
and Opinion filed February 13, 2003.

 

In
The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-03-00107-CR &

     
14-03-00108-CR

____________

 

ISABEL GONZALES MONTOYA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 184th District Court

Harris
County, Texas

Trial
Court Cause Nos. 916,052 & 916,053

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notices of appeal, personally signed by
appellant, has been filed with this Court. 
See Tex. R. App. P.
42.2.  Because this Court has not
delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Opinion filed
February 13, 2003.

Panel consists of Justices Anderson,
Seymore, and Guzman.

Do not publish ‑ Tex. R. App. P. 47.2(b).